IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| ERNEST L. MYLES | * | Case No. 19-15368-RAG |
| Debtor(s) | * | (Chapter 13) |
| * * * * * * | * | |
| | * | |
| MARYLAND DEPARTMENT OF LABOR | | |
| | * | |
| Plaintiff | | |
| | * | |
| v. | | Adversary |
| | * | Proceeding No. 19-279 |
| ERNEST L. MYLES | | |
| | * | |
| Defendant | | |
| * * * * * * * * * * * * * | | |

## AFFIDAVIT OF SUMMONS SERVICE

I hereby certify that on the 24th day of July, 2019, a copy of the Summons and Notice of Pre-Trial Conference and a copy of the Complaint To Determine Dischargeability of Debt was mailed first class, postage prepaid to:

Ernest L. Myles
316 Tollgate Road
Owings Mills, MD 21117

Jeffrey P. Nesson, Esq.
11421 Reisterstown Road
Owings Mills, MD 21117

/s/ Orbie R. Shively
Orbie R. Shively (Fed. Bar No. 04461)
Maryland Department of Labor
Litigation and Prosecution Unit
1100 North Eutaw Street, Rm. 522
Baltimore, MD 21201
(Ph.) (410) 767-4366/Fx. (410) 333-5059
orbie.shively@maryland.gov