# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Baltimore

In re:    Case No.: **19–15368 – RAG**    Chapter: **13**    Adversary No.: **19–00279**

**Ernest L Myles and Charlene V Myles**
Debtors

**State of Maryland Department of Labor**
Plaintiff

vs.

**Ernest L Myles**
Defendant

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

Name: Ernest L Myles

Therefore, default is entered against the defendant as authorized by Federal Bankruptcy Rule 7055.

Dated: 8/26/19

Mark A. Neal, Clerk of Court
by Deputy Clerk, Todd Sukeena
410–962–4072

cc:   Plaintiff

Attorney for Plaintiff – Orbie R. Shively

Defendant

Attorney for Defendant – PRO SE

clkdflt (08/2006) – *tsukeena*