IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| ERNEST L. MYLES | * | Case No. 19-15368-RAG |
| CHARLENE V. MYLES | | |
|     Debtor(s) | * | (Chapter 13) |
| * * * * * * * | * | |
| MARYLAND DEPARTMENT OF LABOR | * | |
|     Plaintiff | * | |
| v. | * | Adversary Proceeding No. 19-279 |
| ERNEST L. MYLES | * | |
|     Defendant | * | |
| * * * * * * * * * * * * * | | |

**ORDER ON MOTION FOR DEFAULT JUDGMENT
AND NONDISCHARGEABILITY**

Upon consideration of Plaintiff Maryland Department of Labor's ("DOL's") Motion For Default Judgment (and Affidavit of Non-Military Service), it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Defendant Ernest L. Myles is in default, and it is further,

1

ORDERED, that the debt represented by the judgment entered contemporaneously herewith against Defendant Ernest L. Myles and in favor of the Plaintiff Maryland Department of Labor calculated as Five Thousand One Hundred Sixty Dollars ($5,160.00) overpayment principal, fraud penalty of Seven Hundred Seventy Four Dollars ($774.00), and interest based on the fraud ("fraud interest") of Eighty-Nine Dollars and One Cent ($89.01), for a total balance of Six Thousand Twenty-Three Dollars and One Cent ($6,023.01), plus costs of Three Hundred Fifty Dollars ($350.00), be and is hereby determined to be nondischargeable pursuant to 11 U.S.C. §523(a)(2)(A).

cc:

| | |
|---|---|
| Orbie R. Shively, Esq.<br>Maryland Department of Labor,<br>Litigation and Prosecution Unit<br>1100 North Eutaw Street, Rm. 522<br>Baltimore, MD 21201 | U.S. TRUSTEE<br>Garmatz Federal Courthouse<br>101 W. Lombard Street, Rm. 2625<br>Baltimore, MD 21201 |
| Ernest L. Myles, Esq.<br>316 Tollgate Road<br>Owings Mills, MD 21117 | Jeffrey P. Nesson, Esq.<br>11421 Reisterstown Road<br>Owings Mills, MD 21117 |

**END OF ORDER**